IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ALLIANZ LIFE INSURANCE      )
COMPANY OF NORTH AMERICA,   )
                            )
    Plaintiff,              )
                            )   CIVIL ACTION NO.
    v.                      )     1:12cv137-MHT
                            )         (WO)
JOSEPH KING, et al.,        )
                            )
    Defendants.             )
```

## CONSENT JUDGMENT

This court having been advised that the parties hereto have reached a settlement agreement resolving all issues between the parties as to the monies interpleaded into the clerk of court and after having reviewed the settlement agreement, it is ORDERED that this court hereby approves the settlement.

It is further CONSIDERED and ORDERED that the clerk of court issue a check drawn on Servis 1st Bank (designated bank) where the interpleader funds are deposited in a money market account for the principal ($ 26,302.74) plus interest earned to date.  This check shall be made payable

to Servis 1st Bank (designated bank).  The designated bank shall provide the clerk of court with four (4) official checks made payable as follows:

(1) Defendant Lisa Shelley, in the amount of Four Thousand Dollars ($ 4,000.00) plus 45 % of all interest earned since said funds were deposited into the clerk of court. The clerk of court is directed to mail said check, certified return receipt requested, to defendant Lisa Shelley, P.O. Box 571, Dothan, Alabama 36302.

(2) Defendant Jason Shelley, in the amount of Four Thousand Dollars ($ 4,000.00) plus 45 % of all interest earned since said funds were deposited into the clerk of court.  The clerk of court is directed to mail said check, certified return receipt requested, to defendant Jason Shelley, P.O. Box 571, Dothan, Alabama 36302.

(3) Defendant Joseph King and his attorney Greg L. Davis, in the amount of Eighteen Thousand Three hundred Two Dollars and Seventy Four Cents ($ 18,302.74) made payable to defendant Joseph King and his lawyer Greg L.

Davis.  The Clerk of Court is directed to mail said check, certified return receipt requested, to Greg L. Davis, Davis & Taliaferro, LLC, 7031 Halcyon Park Drive, Montgomery, Alabama 36117.

(4) Clerk of court for ten percent (10 %) of all earned interest since said funds were deposited into the clerk of court.

Pursuant to 28 U.S.C. Section 1914(b) and FRDOC 91-26415 reported at 56 Fed. Reg. 56356 (November 4, 1991), and directions received from the Administrative Office of the U.S. Courts on February 7, 1992, the clerk of court is DIRECTED to pay into the U.S. Treasury an amount equal to ten percent (10 %) of the earned interest as a fee for handling said interpleader funds.  The clerk is further DIRECTED to receipt said ten percent (10 %) fee into the 510100 fund for the U.S. Treasury.

It is further CONSIDERED and ORDERED that the clerk of court shall mail each recipient's check to his/her proper mailing address by certified mail, with a return receipt.

This case is closed.

DONE, this the 27th day of February, 2013.

                                           /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**